UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 15-mj-07218-JCB |
| | ) | |
| KALEEM AHMAD, | ) | |
| Defendant | | |

### Notice of Attorney Appearance

Please enter my appearance on behalf of Defendant Kaleem Ahmad in the above-captioned matter.

Respectfully Submitted,

Kaleem Ahmad
By His Attorney

/s/ William H. Connolly
William H. Connolly
BBO # 634501
20 Park Plaza, Suite 1000
Boston, MA 02116
617-542-0200

### Certificate of Service

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non registered participants on December 30, 2015.

/s/ William H. Connolly