UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 16-1006-WGY |
| | ) |
| KALEEM AHMAD, | ) |
|     Defendant | |

**Motion for Order Modifying Conditions of Release**

Now comes the Defendant, Kaleem Ahmad, by and through counsel, pursuant to 18 U.S.C. §3142, and hereby moves the Court for an Order modifying the conditions of release imposed in this matter such that Kaleem Ahmad is permitted to travel outside the District of Massachusetts for a two-day vacation with his family to New York City, leaving Massachusetts on July 31, 2016 and returning on August 1, 2016.

Assistant U.S. Attorney Stephen Heymann and U.S. Probation Officer Jeffrey Smith do not object to the request.

WHEREFORE, the defendant respectfully requests that the instant motion be allowed.

July 28, 2016                              Respectfully Submitted,

                                                          Kaleem Ahmad
                                                        By His Attorney

                                                        /s/ William H. Connolly
                                                        William H. Connolly
                                                        BBO # 634501
                                                       20 Park Plaza, Suite 1000
                                                       Boston, MA 02116
                                                       617-542-0200

Certificate of Service

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF), including Assistant U.S. Attorney Ted Heinrich, on July 28, 2016.

/s/ William H. Connolly